87 A.3d 805

Jean BOLLING, Petitioner

v.

CITY OF PHILADELPHIA LICENSE
AND INSPECTION, Respondent.

No. 3 EM 2014.

Supreme Court of Pennsylvania.

March 19, 2014.

## ORDER

PER CURIAM.

AND NOW, this 19th day of March, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

87 A.3d 805

COMMONWEALTH of Pennsylvania, Respondent

v.

Erik CATHELL, Petitioner.

No. 4 EM 2014.

Supreme Court of Pennsylvania.

March 19, 2014.

## ORDER

PER CURIAM.

AND NOW, this 19th day of March, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.